**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| United States of America, | ) | CR-06-311-PCT-LOA |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| Francis Tallman, Jr., | ) | |
| Defendant. | ) | |
| | ) | |

Defense counsel's office has contacted the undersigned's chambers to give late notice of a conflict in defense counsel's calendar this same date and has requested the misdemeanor sentencing in this matter be reset to a later time in the court's calendar.   The undersigned is the criminal duty judge and the open slot which is available on the court's calendar today creates another conflict with defense counsel's calendar.

Further, on October 5, 2006, Defendant filed a Motion to Consolidate Cases (CR-06-422-1-PCT-EHC and CR-06-311-PCT-PGR (sic)) (docket #27) for purposes of sentencing only.  The court will point out to defense counsel that the incorrect case number was used in the Motion to Consolidate filed in the above-captioned matter (docket #27).  All future filings in the above case shall bear the case number of:   CR-06-311-1-PCT-LOA.

**IT IS ORDERED denying** Defendant's Motion to Consolidate Cases (docket #27).

1        Due to the tardy disclosure of a conflict in defense counsel's calendar and on the

2   Court's own motion, the Misdemeanor Sentencing in this matter is reset until after the

3   Defendant's Sentencing in CR 06-422-1-PCT-EHC set before District Judge Earl H. Carroll

4   on Novemer 13, 2006.

5        **IT IS ORDERED resetting** the Misdemeanor Sentencing in this matter from

6   October 10, 2006 at 1:30 p.m. to **November 13, 2006 at 4:00 p.m.** before the undersigned.

7        DATED this 10th day of October, 2006.

8

9   _____
                    Lawrence O. Anderson
10                  United States Magistrate Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28