**WO**

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| United States of America, | |
|---|---|
| Plaintiff, | CR-06-311-PCT-PGR (LOA) |
| v. | **ORDER** |
| Francis Tallman Jr., | **(3rd Request)** |
| Defendant. | |

Upon motion of the defendant, and good cause appearing therefore,

IT IS HEREBY ORDERED that the sentencing in this case set for November 15, 2006, is continued to January 8, 2007, at 9:30 a.m. before Magistrate Judge Anderson, Courtroom 302, Sandra Day O'Connor U. S. Courthouse, 401 West Washington in Phoenix, Arizona.

IT IS FURTHER ORDERED that the defendant's Motion to Continue Sentencing is granted pursuant to 18 U.S.C. § 3161(h)(8)(A) and (1)(F). This Court specifically finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial. This finding is based upon the court's conclusion that the failure to grant such a continuance would deny the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(8)(B)(iv).

DATED this 14th day of November, 2006.

Lawrence O. Anderson
United States Magistrate Judge